**Entered on Docket
September 30, 2009**

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge
_____

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
300 Booth Street, Room 2129
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

Attorneys for Acting United States Trustee
Sara L. Kistler

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY P. MOORE and<br>LAURI M. MOORE,<br><br><br>　　　　　　　　　　　Debtors. | Case no: BK-N-09-52859-GWZ<br>Chapter: 7<br><br>STIPULATION AND ORDER DISMISSING CASE<br><br>Hearing Date:　　n/a<br>Hearing Time:　　n/a |

　　　　The Acting United States Trustee being prepared to file a motion to dismiss case pursuant to 11 U.S.C. §707(b)(2) and/or (b)(3) for abuse, and the Debtors now desiring to dismiss the

///

///

///

///

1 | case, the Acting United States Trustee through counsel and the Debtors through their counsel,
2 | Scott N. Tisevich, Esq., hereby stipulate to dismiss this case.

Dated:        September ____, 2009                    September 29, 2009

ANTHONY P. MOORE                                       ACTING UNITED STATES TRUSTEE
LAURI M. MOORE

_____                                /s/ William B. Cossitt

By: Scott N. Tisevich, Esq.                            By: William B. Cossitt
Attorney for Debtors                                   Attorney for Sara L. Kistler

ORDER

Pursuant to the above stipulation, and good cause appearing:

IT IS HEREBY ORDERED that the case of Anthony P. Moore and Lauri M. Moore, case no. 09-52859-GWZ, is DISMISSED without prejudice.

1  case, the Acting United States Trustee through counsel and the Debtors through their counsel,
2  Scott N. Tisevich, Esq., hereby stipulate to dismiss this case.

5  Dated:    September 29, 2009           September ___, 2009
6  ANTHONY P. MOORE                       ACTING UNITED STATES TRUSTEE
   LAURI M. MOORE

   *[signature: Scott N. Tisevich]*

9  By: Scott N. Tisevich, Esq.            By: William B. Cossitt
   Attorney for Debtors                   Attorney for Sara L. Kistler

## ORDER

Pursuant to the above stipulation, and good cause appearing:

IT IS HEREBY ORDERED that the case of Anthony P. Moore and Lauri M. Moore, case no. 09-52859-GWZ, is DISMISSED without prejudice.

###