# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–52859–gwz</u>

**Chapter 7**

In re: (Name of Debtor)
   ANTHONY P MOORE                               LAURI MOORE
   4430 MOUNTAINGATE DR                4430 MOUNTAINGATE DR
   RENO, NV 89519                                   RENO, NV 89519

Social Security No.:
   xxx–xx–0996                                           xxx–xx–9328

**NOTICE OF DISMISSAL;**
**NOTICE THAT ALL PENDING HEARINGS ARE VACATED**

On , the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/30/09                                      BY THE COURT

                                                             *Mary A. Schott*

                                                             Mary A. Schott
                                                             Clerk of the Bankruptcy Court